IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RONALD LEE CANADA, | No. C-13-02207 TEH (PR) |
| | ORDER OF DISMISSAL |

Plaintiff Ronald Lee Canada commenced this action when he filed a two-page letter with the Court on May 14, 2013, complaining of conditions at Pelican Bay State Prison in Crescent City, California. Doc. #1. On the same day the letter was filed, the Clerk notified Plaintiff, in writing, that his action was deficient because he had not submitted a complaint, paid the requisite $350.00 filing fee and $50.00 administrative fee nor submitted a signed and completed court-approved in forma pauperis (IFP) application (Doc. ##2, 3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within twenty-eight (28) days would result in dismissal of the action. (Doc. ##2, 3).

The deadline to file the IFP application and complaint has passed and Plaintiff has not filed them or communicated with the

Court in any manner. This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file an IFP application and a complaint.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED *06/25/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Canada 13-2207-dismiss comp.wpd

**2**